# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Firepond, Inc.<br>a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RightNow Technologies, Inc.,<br>a ~~Montana~~ corporation,<br>Delaware<br>Defendant. | Civil No. 03-3165 (ADM/FLN)<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL<br>WITH PREJUDICE** |

Plaintiff Firepond, Inc. and Defendants RightNow Technologies, Inc., through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, and without an award of costs to any party.

April 9, 2004

_[signature]_
Todd A. Noteboom (#240047)
Kevin D. Conneely (#192703)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500

**ATTORNEYS FOR PLAINTIFF
FIREPOND, INC.**

APR 1 3 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

April __9__, 2004

                                        _____
                                        William B. Kircher (MO Bar No. 18,743)
                                        Clinton G. Newton (MO Bar No. 46,054)

SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816-474-6550

AND

April __12__, 2004

                                        _____
                                        David J.F. Gross (#208772)

FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone:  (612) 776-7000

**ATTORNEYS FOR DEFENDANT
RIGHTNOW TECHNOLOGIES, INC.**

**IT IS SO ORDERED.**  LET JUDGMENT BE ENTERED ACCORDINGLY.

April __13__, 2004                 _____
                                   Ann D. Montgomery
                                   Judge of District Court