O AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Firepond, Inc., a Delaware Corporation

V.

RightNow Technologies, Inc., a Delaware Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number:  03-3165 ADM/FLN

9 **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.  Pursuant to Stipulation.

IT IS ORDERED AND ADJUDGED THAT:
this case is dismissed with prejudice, and without an award of costs to any party.

|  |  |
|---|---|
| April 13, 2004 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/G. Schneider |
|  | (By)         G. Schneider,    Deputy Clerk |

Modified:03/10/03